Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000082
05-JAN-2018
10:39 AM

NO. CAAP-17-0000082

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GREEN TREE SERVICING, LLC, now known as
DITECH FINANCIAL, LLC,
Plaintiff/Counterclaim Defendant-Appellee,
v.
ROSY ESPRECION THOMAS,
Defendant/Counterclaim Plaintiff-Appellant,
and
APRIL ROSE ANUHEA THOMAS and BRADLEY SCOTT THOMAS,
Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2392)

ORDER DENYING THE DECEMBER 12, 2017 MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Fujise and Chan, JJ.)

Upon consideration of the December 12, 2017 "Motion for Relief from Default," which this court construes as a motion for reconsideration of its October 27, 2017 order dismissing the appeal as well as request for an extension of time to file the opening brief, filed by Defendant-Appellant Rosy Esprecion Thomas (**Appellant**), pro se, and the record, it appears that the motion was due by November 6, 2017. See Rule 40(a) of the Hawai'i Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied as untimely.

DATED: Honolulu, Hawai'i, January 5, 2018.

Chief Judge

Associate Judge

Associate Judge

2